July 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRISTINE E. REULE, Appellant

NO. 14-11-00602-CV                    V.

COLONY INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of APPELLEE, signed April 6, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order APPELLANT to pay all costs incurred in this appeal.

We further order this decision certified below for observance.